# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2017

154664

DANIEL ADAIR, *et al.*,
      Plaintiffs-Appellants,

v

DEPARTMENT OF EDUCATION, BUDGET
DIRECTOR FOR THE STATE OF MICHIGAN,
TREASURER FOR THE STATE OF
MICHIGAN, and SUPERINTENDENT OF
PUBLIC INSTRUCTION FOR THE STATE OF
MICHIGAN,
      Defendants-Appellees.

_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
*Justices*

SC: 154664
COA: 311779

On order of the Court, the application for leave to appeal the September 20, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

BERNSTEIN, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2017



Clerk

p0510